UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTINE AMBER ETHEREDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| THE STATE OF NORTH CAROLINA, LORI LANGLEY, ANDREA POWELL, NICK DEMING, CHARLES BRANDON ETHEREDGE, SCHOTT EDWARD WHEELER, KELLY ANN WHEELER, JOSH STEIN, ROY COOPER, THOM TILLIS, BOB SCHMEIRER, CLERK OF COURTS CURRITUCK, CURRITUCK DSS, ALBEMARLE HOPELINE, NCDPS, MAGISTRATE HANSON, MAGISTRATE HANSON, MAGISTRATE FERRELL, MAGISTRATE BAZEMORE, ATTORNEY MCREE, KIMBERLY SMITH ETHEREDGE, DEPARTMENT OF HEALTH AND HUMAN SERVICES, DEREK MILLER, EMILY BRADSHAW, JUDGE HARRIS, JUDGE BLAND, JUDGE MORELAND, JUDGE TRIVETT, JUDGE BARNES, JUDGE DAVIS, CURRITUCK BOARD OF DIRECTORS, CURRITUCK BOARD OF COMMISSIONERS, GREGORY PAUL CURRIER, THOMAS SHANE ETHEREDGE, CURRITUCK COUNTY DETECTIVE TICE, CURRITUCK COUNTY SHERIFF AND DEPUTIES, NC SBI, AMERICAN BAR ASSOCIATION NORTH CAROLINA, NC HEALTH & HUMAN SERVICES, TIMOTHY KOLLER, COURTNEY HULL, BRANDON BELCHER, FRANK HINER, CARTER GRAHAM, CHRISTIAN DEGABRIELLE SIMMONS, RAY MAKUSKO, KELLY HALE, SUPERIOR JUDGE TILLETT, and ATTORNEY O'BOYLE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 2:23-CV-41-BO-RJ |
| Defendants. | ) ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that the M&R is ADOPTED. Plaintiff's complaint [DE 1] and any amendments thereto [DE 6, 11] are hereby DISMISSED without prejudice. Plaintiffs motion to transfer case [DE 10] is DENIED AS MOOT.

This case is closed.

**This judgment filed and entered on November 30, 2023, and served on:**
Christine Amber Etheredge (via U.S. Mail to 112 Rosedale Drive, Moyock, NC 27958)

November 30, 2023

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk